UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA CHIANG,<br><br>    Plaintiff,<br><br>  v.<br><br>SABRINA AFIFI,<br><br>    Defendant. | Case No. 25-cv-02074-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On February 3, 2025, Plaintiff Tina Chiang filed an unlawful detainer action against Defendant Afifi in the California Superior Court for the County of Alameda, Case No. 25-cv-109250. [Dkt. 1 at 10–16]. Defendant Afifi filed an Answer to the Complaint. *Id.* at 27–32. On February 27, 2025, Defendant Afifi filed a notice of removal of the action to this Court. [Dkt. 1]. Contemporaneously, she moved this Court for leave to proceed *in forma pauperis*. [Dkt. 2]. The Court notes that this case may deal with the same underlying property as in *Chiang v. Afifi*, Case No. 23-cv-06235 JD.

Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge James Donato to determine whether it is related to *Chiang v. Afifi*, Case No. 23-cv-06235 JD.

**IT IS SO ORDERED.**

Dated: March 11, 2025

_____
PETER H. KANG
United States Magistrate Judge